133 A.3d 636

IN THE MATTER OF WALTER D. LEVINE, AN ATTORNEY
AT LAW (ATTORNEY NO. 220991965).

April 20, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–082, concluding that **WALTER D. LEVINE** of **FLORHAM PARK,** who was admitted to the bar of this State in 1965, should be reprimanded for violating *RPC* 1.9(a) (representing a client in the same or a substantially related matter in which the client's interests are materially adverse to a former client, without obtaining the former client's consent), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that WALTER D. LEVINE is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.